AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00447 |
| Anthony Michael Puma (AKA: None) | ) Assigned to: Judge Faruqui, Zia M. |
|  | ) Assign Date: 5/25/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Anthony Michael Puma__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engaged in Disorderly or Disruptive Conduct in, or Within such Proximity to, any Restricted Building or Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 05/25/2021                                                          2021.05.25 15:54:30 -04'00'
                                                                          *Issuing officer's signature*

City and state: Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
                                                    *Printed name and title*

**Return**

This warrant was received on (date) 5/25/2021, and the person was arrested on (date) 5/27/2021
at (city and state) Brownstown, MI.

Date: 5/27/2021

_Arresting officer's signature_

Adam Ayriss     Special Agent
*Printed name and title*