

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

June 25, 2021

Maria N. Jacob
Assistant Federal Public Defender
Office of the Federal Public Defender
for the District of Columbia
625 Indiana Avenue, N.W. Suite 550
Washington, D.C. 20004

    Re:    *United States v. Anthony Puma*
            Case No. 21-mj-447

Dear Counsel:

    We have provided, via USAFx, preliminary discovery in this case that contains the following materials:

- 176-DE-3369044 -28398 Mortenview (folder)
- Videos (folder)
- LMK_Output_2021-01-17 164727Z (folder)
- PUMA Facebook Return_doc2_ 290308449315714.pdf
- PUMA Facebook Return_doc1_284008693392652.pdf
- 0176-DE-3369044_0000013_1A0000008_0000001.zip
- preservation-2.html
- preservation-1.html
- 0176-DE-3369044-GJ_0000006_1A0000007_0000002.zip
- 0176-DE-3369044_0000016_1A0000010_0000001.zip
- 0176-DE-3369044-GJ_0000005_1A0000006_0000001.zip
- 0176-DE-3369044_0000001_Redacted.pdf
- 0176-DE-3369044_0000002_Redacted.pdf
- 0176-DE-3369044_0000003.pdf
- 0176-DE-3369044_0000004.pdf
- 0176-DE-3369044_0000005.pdf
- 0176-DE-3369044_0000006_Redacted.pdf

- 0176-DE-3369044_0000007_1A0000004_0000001.pdf
- 0176-DE-3369044_0000007_1A0000004_0000002.png
- 0176-DE-3369044_0000007_1A0000004_0000003.jpg
- 0176-DE-3369044_0000007_1A0000004_0000004.pptx
- 0176-DE-3369044_0000007_1A0000004_0000005.pdf
- 0176-DE-3369044_0000007_1A0000004_0000006.jpg
- 0176-DE-3369044_0000011.pdf
- 0176-DE-3369044_0000012_Import.pdf
- 0176-DE-3369044_0000013.pdf
- 0176-DE-3369044_0000014.pdf
- 0176-DE-3369044_0000015.pdf
- 0176-DE-3369044_0000015_1A0000009_0000001.pdf
- 0176-DE-3369044_0000015_1A0000009_0000003.pdf
- 0176-DE-3369044_0000016_Redacted.pdf
- 0176-DE-3369044_0000017.pdf
- 0176-DE-3369044_0000018.pdf
- 0176-DE-3369044_0000021.pdf
- 0176-DE-3369044_0000022.pdf
- 0176-DE-3369044_0000022_1A0000015_0000001.pdf
- 0176-DE-3369044_0000023.pdf
- 0176-DE-3369044_0000025.pdf
- 0176-DE-3369044_0000025_1A0000017_0000001.pdf
- 0176-DE-3369044_0000025_1A0000018_0000001.pdf
- 0176-DE-3369044_0000027.pdf
- 0176-DE-3369044_0000028.pdf
- 0176-DE-3369044_0000028_1A0000021_0000001.pdf
- 0176-DE-3369044-GJ_0000002.pdf
- 0176-DE-3369044-GJ_0000003.pdf
- 0176-DE-3369044-GJ_0000004.pdf
- 0176-DE-3369044-GJ_0000005.pdf
- 0176-DE-3369044-GJ_0000006.pdf
- 0176-DE-3369044-GJ_0000006_1A0000007_0000001.pdf
- 0176-DE-3369044-GJ_0000007.pdf
- 0176-DE-3369044-GJ_0000008_Redacted.pdf
- 210527_0017.MP3
- 18_GOPR0033.jpeg
- LMK_Report_2021-01-17 164727Z.pdf
- EFile_W_210608_21mc50762-2_APP.pdf
- ReportSIMCARD_3227838.txt
- ATT_Records_Key.pdf
- ReportAU_3227838.pdf
- ReportAU_3227838.txt
- ReportCT_3227838.pdf
- ReportCT_3227838.txt
- ReportICDR_3227838.pdf
- ReportICDR_3227838.txt
- ReportIMSI_3227838.pdf
- ReportIMSI_3227838.txt
- ReportLandline_3227838.pdf
- ReportLandline_3227838.txt
- ReportSIMCARD_3227838.pdf
- SENSITIVE (folder)
- HIGHLY SENSITIVE (folder)

There are subfolders in this production that are clearly labeled as "**SENSITIVE**" and "**HIGHLY SENSITIVE**."  As detailed in the Protective Order, these Materials must be maintained in your custody and control.  While you may show these documents to the defendant, you may not allow the defendant to maintain copies or write down any personal identity information. Furthermore, absent the Court's permission, you may not include this information in any public filings.

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1. I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

    Sincerely,

    */s//Amy E. Larson*
    Amy E. Larson
    Assistant United States Attorney

4