UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. No. 21-cr-00454 (PLF) |
| ANTHONY PUMA | : | |
| Defendant. | : | |

**ORDER**

Before the Court is an Unopposed Motion for Leave to Submit a Supplemental Brief In Support of Defendant's Motion to Dismiss by January 7, 2022. For the reasons set forth therein, it is hereby

**ORDERED** that the motion is granted and that the defense shall submit their supplemental brief by January 7, 2022.

**IT IS FURTHER ORDERED** that the currently scheduled motions hearing set for January 5, 2022 be continued to January 28, 2022, at 2:00 p.m.

/s/
Hon. Paul L. Friedman
United States District Judge