**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No.: 21-cr-454 (PLF) |
| | : | |
| **ANTHONY PUMA,** | : | |
| Defendant. | : | |
| | : | |

**UNOPPOSED MOTION FOR LEAVE TO FILE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for leave to file a response to the Defendant's Supplemental Brief in Support of the Defendant's Motion to Dismiss, filed with the Court on January 6, 2022. (ECF No. 28). If this motion is granted, the Government will file its Response by January 17, 2022. The Government has consulted with defense counsel, who does not oppose this motion.

WHEREFORE, for these reasons, the United States requests that this motion for leave to file be granted.

                Respectfully submitted,

                MATTHW D. GRAVES
                United States Attorney

By:             /s/
       AMY E. LARSON
       Assistant United States Attorney
       N.Y. Bar. No. 410822
       555 4th Street, N.W.
       Washington, D.C. 20530
       202-252-7863
       Amy.larson2@usdoj.gov

Dated: January 10, 2022

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | No.: 21-cr-454 (PLF) |
| ANTHONY PUMA, : | |
| Defendant. : | |

### [PROPOSED] ORDER

Upon consideration of the government's Motion for Leave to File, it is this _____ day of _____ 2022, ORDERED:

For good cause show, the government's Motion for Leave to File to file is granted.

_____
JUDGE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

3