UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-454 (PLF) |
| v. : | |
| : | |
| ANTHONY PUMA, : | |
| : | |
| Defendant. : | |
| : | |

## UNITED STATES' NOTICE OF RECENT AUTHORITY RELEVANT TO DEFENDANT'S MOTION TO DISMISS

The United States respectfully files this notice to alert the Court and counsel of a recent decision in this district relevant to defendant Anthony Puma's motion to dismiss (ECF No. 20). In *United States v. McHugh*, 21-cr-453 (JDB), ECF No. 51 (D.D.C. Feb. 1, 2022), Judge Bates found, in an extensive discussion, that the January 6th Certification was an "official proceeding" and that 18 U.S.C. § 1512(c)(2) is not unconstitutionally vague. Judge Bates also concluded that Vice President Pence was "temporarily visiting" the Capitol on January 6 and therefore the Capitol building and grounds qualifies as a "Restricted Building or Grounds" under 18 U.S.C. § 1752(a). The *McHugh* opinion is attached as Exhibit 1.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

*/s/Amanda Jawad*
Amanda Jawad
Assistant United States Attorney, Detailee
United States Attorney's Office
NY Bar No. 5141155
211 W. Fort St.
Detroit, MI 48226
Amanda.Jawad@usdoj.gov
(313) 226-9116

## CERTIFICATION OF SERVICE

I hereby certify that on February 16, 2022, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

<u>/s/Amanda Jawad</u><br>
Amanda Jawad