

U.S. Department of Justice

Matthew Graves
United States Attorney

*District of Columbia*

---

*601 D Street NW*
*Washington, D.C. 20530*

August 18, 2022

Maria N. Jacob
Assistant Federal Public Defender
Office of the Federal Public Defender
for the District of Columbia
625 Indiana Avenue, N.W. Suite 550
Washington, D.C. 20004

     Re:    *United States v. Anthony Puma*
            Case No. 1:21-cr-454-PLF-RMM

Dear Counsel:

    We provide, via email, preliminary discovery in this case that contains the following materials:

    0176-DE-3369044-GJ_00000013.pdf
    0176-DE-3369044-GJ_00000013_1A0000014_0000004.xls
    0176-DE-3369044-0000051.pdf
    0176-DE-3369044-0000051_1A0000041_0000001.pdf
    0176-DE-3369044-0000051_1A0000042_0000001.pdf
    0176-DE-3369044-0000051_import.docx

    Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. As you know, to date, there have been 17 discovery productions that contain these types of materials.

Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.  I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant disclose prior statements of any witnesses defendant intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant provide the government with the appropriate written notice if defendant plans to use one of the defenses referenced in those rules. Please provide any noticewithin the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

        Sincerely,

        */s/ Francesco Valentini*
        Francesco Valentini
        D.C. Bar No. 986769
        Trial Attorney, Criminal Division
        (Detailed to the United States Attorney's Office)
        601 D Street NW
        Washington, D.C. 20530
        francesco.valentini@usdoj.gov
        (202) 598-2337