To Whom It May Concern:

    My name is Lori Puma. I am writing you today to discuss Anthony Puma. I wanted to take this moment to provide you with the opportunity to gain a better understanding of Anthony Puma. As I stated earlier, my name is Lori Puma. I am the wife of Anthony Puma. Anthony and I have been married for sixteen years- in a relationship for 21 years total. We have two teenage boys together, and he has an adult son from a previous relationship.

    The Anthony Puma that I know, that I married, is kind, loving, and compassionate. In the sixteen years that I have been married to Anthony Puma, he has never once called me a bad name, raised his hand to me, or treated me badly in any manner. Anthony is the type of husband that woman dream about (hard-working, supportive, loving,). One of the greatest things I was capable of witnessing over the last sixteen years is Anthony being a father to our boys. When I met Anthony, he already had a three-year old son. One of the reasons I fell in love with him was because of the great father he was to his son (Ryan). I have been fortunate enough to watch him be a fantastic father to our boys. When I say amazing dad, I am not exaggerating. Anthony's children are everything to him. He has taught his boys the importance of hard-work, integrity, and respect- three traits that he embodies so well. He has raised his boys to love others, help others, and respect others. We, as a team, have raised our children to be men of God.

    Anthony Puma is the only individual I know who will drop everything to provide help to a friend or family member. Anthony Puma is known for putting others before himself. Anthony is the type of person, who would pull over to help a stranded person on the side of the road, or offer his carryout meal to the homeless individual sitting on the corner. Anthony is the type of person who will work two jobs so his wife could go back to college to finish her degree (he really did this for me). He is the type of person, who will run to Meijer at 3 am to purchase printer ink because your thesis is due the next day (in hard copy form) at 8 am (yes, he did this for me, too). He is the type of person, who takes his wife's car every Sunday to the gas station and fills her car up with gas (I never ask him to do this) so that she has one less worry throughout the work week. Anthony Puma is the type of person who makes sure that my classroom and students have all the supplies needed to have a successful year- this is not his job, nor responsibility, but it is his heart.

    On January 6th, my husband was at the capitol. My husband's foolish act to enter the capitol does not determine him a bad person. What it determines is that he made a poor choice (which we have all done at least once in our life) that day. My husband did not make the journey to D.C. with intent to act maliciously. I have never seen my husband act violently towards other or incite violence. I know that I have been at events in the past where I have got "caught up in the moment" which is what I believe took place with my husband on January 6th. Antony and I have discussed this situation many times, and I am aware that he is shameful for

what he did. He understands it was a poor choice on his part, and that if he could do it all over again, he would not even consider making the trip the D.C.

Sincerely,

Lori Puma

Tim Koepke
Supervisor

Contract Employee: Anthony Puma



To Whom it May Concern,

I am writing to recommend Anthony Puma. He has worked with us at Roush Industries since 8/16/22 as a contract Vehicle Instrumentation Technician and reports to me as the Supervisor of the Instrumentation department.

As an employee, Mr. Puma always arrives early for his shift. He follows direction from his leader when assigned tasks and asks questions for clarity and understanding when taking on new assignments. Anthony started with us as we were embarking on a very busy vehicle build season and he has worked overtime whenever it is offered by our customers.

I spend a good amount of time on the shop floor observing and thanking my employees because I truly appreciate their efforts. I challenged Anthony based on his experience in the automotive field and he was placed among some of my best team members in a high productivity environment. Anthony is quick to learn, has a can-do work ethic and has become an asset to our build instrumentation team. Anthony has a positive attitude, and it can be seen by the smile he wears when engaging others. He would add value to any company, and I would recommend him for any endeavor he chooses to pursue. I wouldn't hesitate to hire Anthony again.

Should you have any more questions about him feel free to reach me at ▮▮▮▮▮▮▮▮▮▮

Thanks,

*Tim Koepke*
Supervisor



**ROUSH.**
INGENUITY ON DEMAND

| | |
|---|---|
| From: | Renee Puma |
| To: | Maria Jacob |
| Subject: | Anthony Puma |
| Date: | Sunday, August 28, 2022 11:55:05 PM |

EXTERNAL SENDER

My name is Constanc Puma, the oldest sister. My brother Anthony has gone through many tragedies in his life. Through it all he's kept his life in order. This situation was not thought out. My brother saw the protest an opportunity see democracy at work. Anthony had no intent to disrespect or destroy the Capital of the United States of America. My brother is honored to be in the land of the free and home of the brave. When my brother realized he committed a serious crime it was too late. Anthony is very remorseful he is scared and ashamed of his behavior. We were brought up in a family of immigrants they are from Sicily. Our families are truly sorry for his actions. Anthony is a good person, who did something very wrong, but he punishes himself for his actions everyday. Thank you for talking the time to read this email. Sincerely, Constance Puma.

Your Honor,

I took it upon myself to write a letter so here it is.

My entire life this is a man that I have looked up too. a man that has done everything in his power to take care of me even though he has had another family since I was 7. This man has been there when no one else was. My father even though sometimes stupid has done everything for everyone around him his whole life. He's respectful, charismatic, cunning. Everything a father should be. Even though his life has been so hard. Like all humans we go through ups and downs. but this man has been through hell. My Uncle Peter died when my father was 16 and not long after my grandfather passed. after that my grandmother moved to Oklahoma and left him in michigan by himself. she also passed 12 years ago now. i will say this my father has done stupid things just like all of us but every single day i know that in his heart he wakes up and tries to be better than the day before. Im not sitting here asking you not to send him away. I'm sitting here telling you that if you give my father Anthony Puma a chance to show you that he is better than this situation he will. my father is a man of his word and you know this better than anyone… a man or a woman will fight for whatever they believe in. I'm sitting here asking you to simply ask yourself if there is a time where you could have done better and someone gave you a second chance? I'm sitting here asking you with my whole heart to think about life and how sometimes we get led astray. my father is a great man. he just made a mistake. i know what he did was wrong in the eyes of so many but I'm asking you with my whole heart to consider what could happen if you simply just allow him to show you that he can be better. my father is very impressionable and hasn't been without his family for years. i have two little brothers that look up to this man, well not so little anymore. Jacob is off to college and josh just getting his wings. this would and has been massively devastating to our family. Your honor please when you look at my father even though accused of these things. look past that and know that in front of you sits a man that would do anything for any single person on any day. know that without this man in our world people would not be the same on a daily basis. i promise with all of my being to keep my father on track.

"Life isn't about impressing people, its about the impression that you leave behind." -Ryan Puma

my father has left an amazing impression on so many lives including mine. he is a good man and a very strong father figure to us boys and truly an inspiration to so many in so many different ways. He's truly all i got. I'm asking you with all my heart to see a man in front of you that simply made a mistake. without that man i wouldn't be who i am today.

thank you for your time.
Sincerely,
 Ryan Puma

Marie Puma

[redacted]

To,
Maria Jacob,
625 Indiana Ave, N.W.
Suite 550 Washington D.C 20604

Dear Judge Paul Friedman,

I am writing this letter for my Uncle Anthony known as Anthony Puma. In all the years I have known Mr. Puma he has been nothing, but a great part of my life and he would be very missed by me. That man has taught me structure and has always been a good example in my life. He showed me how to Thrive in this cold world just by his example alone. I feel his character is being defamed. He has a wonderful family that would struggle without him including myself. Mr. Puma in all the years I have known him (I am 32) he has been Honest, trustworthy, and has great integrity. I believe my uncle is an asset to society and not a threat of any kind. Thank you for your time.

Signature: *Marie Patricia Puma*

2-06-2023

Dear Your Honor,

I would like to tell you a little about the Anthony Puma I know. I known him for 23 years; He is married to my sister and the father to my nephews. Since the birth of my first daughter in 2000 Anthony has always been there for my girls. He has never missed a birthday, dance recital, karate, volleyball or any other activity they were involved in. The funny thing is Anthony and my middle daughter share the same birthday. Anthony has always celebrated his birthday in Cedar Point with his buddies. The night before we celebrated his birthday knowing he would be gone all day. I joked about going to go into labor and "wrecking" his birthday. Well guess what? I did! It was 7:30 AM when I went into labor. I called my sister to tell her and joke with Anthony that he gets to share his birthday with his niece. I told him to have fun and be safe. We will see you when we get home from the hospital. He laughed, said I'm not going, I wanted to meet the little girl that would share my birthday. While I now have three daughters it would be a lie if I said he didn't have a favorite. We all know it's Laura, his birthday buddy. The bond that he and Laura share is a bond stronger than a father and a daughter. Let's Fast forward some years into the year 2014. On January 14th, 2014, my husband walked through the front door and told me he didn't love me anymore and was filing for divorce. He packed his belongings and never looked back. Now if you've ever been a product of divorce or know someone who has been through a divorce you know it is the most awful heart wrenching, trauma a family can go. I was at the time a stay at home mom up until the day he asked for a divorce. So now I was a single mother raising three girls trying to get back into a work society that I haven't been into for over 11 years. At this point not only did my ex-husband walk out of my life he walked out of the life of our three daughters then the ages of 13,10,8. How do you explain to your children who have had their father in their life every day to not even a phone call. I made excuse after excuse year after year for him. But there was a man who completely stepped up a man who didn't have to step up that was Anthony. He took over helping me raise those three little girls as if they were his own. If there was one thing they knew it was they could always count on Uncle. He would always be there for them no matter. Uncle Anthony still never missed a volleyball game, never missed a tournament, never missed any event. He was the male father figure in their lives and I couldn't truly have asked for a better man/role model. He taught my girls things as simple as how to tie a knot too, how to change a tire and how to check the oil in your car. But did they ever use that knowledge? Nope! When you blow out tire on I-94 heading back to college who do you call mom? No, the first person you call is Uncle because they know he is going to drop what he is doing and head to you. Now this hasn't happened just once when you get a flat tire in the school parking lot and you don't know what to do again you don't call mom you call uncle, knowing he'll be right on his way. Laura, his birthday buddy had the awful experience of graduating during the Pandemic. She was allowed only two ticket for graduation. Now she has two sisters, 1 grandma, 1 grandpa, 1 aunt plus myself wanting to watch her walk down in her cap and gown. This was a no-brainer for Laura, it was Uncle. She gave him the ticket with the following words" you have always been there for me and I want nothing more than for you to watch one of my greatest accomplishments. He stood next to me at the ceremony like a proud dad. It's a standing joke in our house when something needs fixing it's " just call uncle". The funny part about the whole situation is not only was he a father to my girls but a step in husband/brother-in-law to me. No matter what I needed he was there. From fixing something to helping pay my mortgage. He even taught me a few things, how to change a receptacle, plumbing, to put weed whip string on and much more. While I taught my girls every bad decision will be followed by a consequence. I hope in this situation the consequence allows Anthony to stay home not only with his wife and boys but with my girls. The only stable male that they've had in their lives from the minute they were born. I can only ask

you from my heart, as I write this letter tears are rolling down my eyes because I can feel the heartbreak for Samantha, Laura and Emily knowing if Anthony is sentenced to be away from us/them. For whatever amount of time they will not have uncle to rely on, they will not have someone to bring them gas, change their tire, to just come over and see how their days is, to give them a talk about making the right decisions. Spending your birthday alone without your birthday buddy. While these all seem like minor things to some they are huge to the girls. He's the dad that stepped up and replaced the one who walked out on them. Now I am fully capable of doing all the things Uncle does but the one issues is I'm not Uncle. The relationship my girls have with Uncle Anthony is something that you can only understand when seen in person. Thank you for taking the time out to read my letter

Sincerely,

Kristy Szkarlat

**From:** 
**To:**

EXTERNAL SENDER

To the Honorable Paul Friedman ..

    My name is Joshua Alan Kern , I am a disabled combat Marine Veteran and I take pride in what I fought for and the country I protected and I feel my voice should be heard and taken into consideration.

    Anthony puma is my uncle and he is an amazing man, father, husband, neighbor and American citizen.He coaches and/or coached young kids and molded them into responsible young humans, he takes care of his family no matter what. I am also a cancer survivor and my Uncle Anthony was at the head of my support system, without him I probably wouldn't be on the earth anymore or be here as healthy as I am.

    Anthony puma never turns his back on family, friends or his country, he is the type of person to make sure you eat before he does and his door is always open to help anyone he knows if he is able to do so.

    Im writing all this in hope it makes people think outside the box and judge him by his loving ,caring, nature and not by the cover you may have seen.... Thank you for you time...


Sincerely yours,
Joshua a Kern


Sent from my T-Mobile 4G LTE Device

January 28, 2023

John Kildow

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: Sentencing of Mr. Anthony Puma
Defendant Case No. 21-CR-454

Dear Honorable Judge Friedman,

My name is John Kildow. I have been employed with United Parcel Service for 25 years. I met Mr. Anthony Puma during our sophomore year of high school, and we have remained close friends since then. I am Godfather to his eldest son. I have always known Anthony to be a good father and husband. Anthony did not go to college but wanted better for his children. His eldest son is a straight "A" student who is currently enrolled in college.

He is someone who gives to others with no expectation of anything in return and is the first person to help when others will not. In the many years that I have known Anthony, he has led a good and caring life.

I understand fully what Anthony has done and how his actions caused harm to others. When I first heard about what happened, I was shocked because it did not seem like something Anthony would do. I reflected deeply on our friendship and all the years we have spent together as close friends, and while I understand what he did was wrong, I believe that at the time of the events Anthony was experiencing a deeply personal trauma.

Anthony's brother Pedro Puma was murdered by Matthew Makowski in 1988 who was his best friend and who also shockingly gave the eulogy at Pedro's funeral. In 2018, after 30 years, the murderer was released from prison. Anthony and his family believed that they were not consulted during the parole process. When the murderer was granted parole, Anthony was devasted and scared that this person would now hurt his family.

At the same time, the "big lie" was being told to millions of Americans, and because Anthony was reexperiencing the trauma of his brother's murder, he was vulnerable to influence.

Anthony feels deeply the hurt he has caused to his family and friends, and after this incident he has become an even more devoted father and caring husband, recommitting himself to

what matters most in his life. He has apologized to everyone in his life and has owned this mistake. He has experienced the consequences of his actions. He has faced social exclusion, lost his job after working there for only two weeks and was denied employment for multiple positions. Luckily, Anthony found employment and has been working for several months.

Given that Anthony has acknowledged his mistake and has already started to turn his life around, it is my hope that the Court will consider this in making its sentencing decision.

Sincerely,

*[signature]*

John Kildow

January 28, 2023

George Palomino Blower and Jasmeen Khilji



The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001


RE: Sentencing of Mr. Anthony Puma
Defendant Case No. 21-CR-454


Dear Honorable Judge Friedman,

We are writing this letter to tell you a story about Mr. Anthony Puma that we believe will provide insight into why we feel that his actions on January 6th were a momentary lapse in judgment and not reflective of the kind and generous person we know.

We met Anthony over 17 years ago through Mr. John Kildow, who is our brother and brother in-law. Mr. Kildow has known Anthony since they were teenagers. We are local small business owners and active members in our church.

The story we humbly ask you to consider as proof of Anthony's character as someone who helps strangers in need, is about our dear friend Herman Singh who passed away from colon cancer in December 2018. Anthony didn't know Herman personally and never met him. They were not friends or even acquaintances. They were strangers. At the time of Herman's illness, Anthony was living in Michigan and Herman was living in Virginia. Anthony became aware of Herman's illness through Mr. Kildow. Anthony took a sincere and passionate interest in helping Herman by sending him care packages and letters of support to help lift his spirits. Anthony never asked for anything in return and when we offered to offset the cost of the care packages, Anthony adamantly refused to take money from us. When we spoke to Herman about what Anthony was doing for him, we saw first-hand the impact of Anthony's remarkable kindness and generosity. Anthony gave Herman, during the bleakest time of his life, hope, faith, a belief in the goodness of others, and a will to keep fighting. Although Herman lost his battle with cancer, Herman's family as well as all those who loved him have never forgot the kindness of a stranger that reached out to help him in a time of need. What Anthony did, without wanting something in return, is the type of action that restores your faith in others and makes you believe that there are individuals willing to help those in need. Without a doubt, we believe that Herman would want us to tell

this story, so that the Court would have a chance to show mercy on Anthony, just as Anthony showed mercy towards Herman all those years ago.

We have seen since the incident that Anthony feels remorse for his actions, he has felt a deep sense of regret and understands that his actions were wrong. He has apologized profusely to all those who know him.

It is our sincere hope that the Court take this letter into consideration at the time of sentencing.

Sincerely,

Jasmeen Khilji          George Palomino Blower

Dear Your Honor,

Who is Anthony Puma to me?

   Not only is he my uncle, but he is like my father. When my dad left he stepped up and took the roll of a father for my sisters and I, offering to take us to daddy daughter dances gave us endless love and support. I have never met anyone like my uncle. He is the happiest person alive, the most outgoing, the best dad to my cousins, husband to my Aunt and the best uncle to my sisters and I. He always finds a way to make the room full of laughter and joy, he knows how to turn anything bad Into a good situation. No matter what he is going through, he always gets through it with a smile on his face and thankful for everything in his life. Anytime he walks into a door for a family function he has the biggest smile on his face with the biggest open arms for a hug he gives the best hugs. He has never let me down, if we asked him for something for our birthday or Christmas, he got it for us. He has never missed a birthday, a graduation, or any big part in my life he has always been there for me and always showed me constant love and support. Not only is he just a big ball of happiness and love but he is so down to earth and gives the best advice ever. I could always count on my uncle to show up for me. He is one of the most important men in my life and I wouldn't be where I am today if I didn't have him as a father figure by my side growing up. I couldn't be more blessed and thankful he is my uncle, I truly have never met anyone like him. He is one of a kind no one is better then him. The man I want to walk me down the isle because he has the biggest impact on my life. If one person deserves the best in life it's Anthony Puma. He always will bend his back for my Aunt, his 3 sons, his friends, my sisters and I, my mom and Tim, anyone he loves he will go out of his way to make sure they are 100% good. If I ever have any car issue, all I have to do is text him and he will fix it the same day if not the next day no matter how busy or tired he is. He will drop everything and that shows the man he is. A hardworking, devoted, loving man. The only thing I want is for my Uncle to keep seeing myself grow up and achieve life as long as his kids and my sisters. He deserves nothing but the best. Anthony Puma is the best father figure and person I have ever met.

Sincerely,

Emily Szkarlat

Judith A. Eddy



**Re: Anthony Puma**

November 30, 2022

**To Whom It May Concern:**

Hello,

I am Anthony's Aunt Judy. I am very proud of the man he has turned out to be.

In 1987, when Anthony was 14, his father was diagnosed with colon cancer.
A few months later, April 15, 1988, Anthony's brother was murdered. Anthony's family was completely turned upside down. This young man stepped up to help take care of his Dad. His Dad passed away one year after his brother's death.

Anthony is very respectful. He is a very loving man. He has a wonderful wife and three sons, he cares deeply for. He would never intentionally hurt anyone. In fact, he would give the shirt off his back to help others.

After losing his father, when Anthony was 19 years old, his Mom moved to Oklahoma to take care of *her* mother and uncle. Anthony was left to fend for himself.

After a few years, Anthony's Mom and oldest brother were diagnosed with cancer. When his mother passed away, Anthony brought her back to Michigan, to be buried along side his father and brother. Anthony took in his ill brother and took care of him, until he passed away ten days after his mother.

Anthony's Dad was in the United States Army, and fought in the Korean War. Anthony's brother was a United States Marine, who fought in the Vietnam War.

Anthony is a true American, who believes in our great Republic   He stands up for what he believes in. To be honest, I am very proud of Anthony. On January 6th, he just wanted to have his voice heard. He is not a violent person at all.

Anthony is an honorable man, and a loving husband and father. Anthony is a family man, and cares deeply about his family, friends, and his country.


Sincerely,



Judith A. Eddy

| | |
|---|---|
| From: | Allan Yoell |
| To: | Maria Jacob |
| Subject: | Fwd: |
| Date: | Wednesday, July 7, 2021 11:14:57 PM |



To whom it may concern,

I am writing this letter as a testimonial of the character of Mr. Anthony Puma.
Mr. Puma and I have been friends since elementary school, so I feel that I am at liberty to comment.
Mr. Puma is a dedicated family man. An amazing husband, father and provider. He is well liked by his neighbors and community, known for his generosity.
Nothing means more to him than his family and his country.
The events of January 6th, 2021 reflect nothing of the true character of Mr.Puma.
Mr. Puma is truly a kind, caring man that is a productive member of society.
In closing, I would like to take the opportunity to thank you for taking the time to read this.
God Bless.

Sincerely yours,
Allan T. Yoell

Richard Singleton


July 10, 2021

Re: Anthony Puma

To whom it concerns:

When I was asked to write a letter of good character for Anthony Puma I didn't have to think twice about it. I have known Anthony Puma for 25 years. Over these years I have only seen him do amazing things for his wife, sons, friends and family. He will drop his plans to help anyone that needs a hand. If everyone could live their lifetime and only make one true friend, that would be my definition of Anthony. He is a loyal, honest and trustworthy man. He puts his heart and soul in everything he does. I have seen this man do great things for anyone in need.

I am writing this with full knowledge of the charge against him. From our conversations, I can say with full confidence Anthony is remorseful for his actions. He admits, attending the insurrection on January 6th, 2021 was the worst mistake he ever made in his life. I can assure you he wouldn't allow himself in this kind of situation again. With all the great things Anthony does for his family, friends and community I am in hopes that this one bad decision will not be what defines his legacy.

In conclusion, I am hoping the court considers my letter into consideration of Anthony Puma's character. I also would like to thank you for taking the time to read my words.
Please take this letter into consideration at the time of sentencing, Anthony Puma is a valuable person to many. I am respectfully asking you for your compassion in your decision.

Sincerely,


Richard Singleton



**Date:** Wednesday, July 7, 2021 9:28:18 PM

Richard Markley

July 7, 2021

Re: Anthony Puma

To Whom it may concern,

The aim of this letter is to present the good character of Anthony Puma. I have known Anthony for nearly 40 years and have only known him as a caring, supportive, considerate, trustworthy, loving, loyal and honest friend to me, husband to his wife Laurie and father to his three sons Ryan, Jacob and Joshua.

I have been friends with Anthony since middle school and throughout the years, we have been together through many situations, and he has always conducted himself with common sense and compassion.

Anthony is well-regarded among his friends, neighbors and peers as a person of high integrity and honesty as well as a devoted family man.

I am aware of the charges that have been brought against Anthony. Anthony has expressed his sincere regret and remorse for his actions on January 6th, 2021 to me, for which I have every confidence he will never repeat.

It is my hope that this letter regarding the character of Anthony Puma will act as a positive and contributing factor when the court considers this matter.

Most Sincerely,

Richard Markley