February 5, 2023

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 6012
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: Sentencing of Mr. Anthony Puma
Defendant case No. 21-CR-454

Your Honor,

   First off, I would like to thank you for reading my letter. My name is Robert Aubertin, and I am a Dimensional Engineer for the General Motors Corporation. I also enjoy the title of Anthony Puma's oldest friend. Literally our friendship goes back to the days of our mothers changing our diapers. My father and mother were both employed, and Anthony's mother would watch both my brother and me during their work hours. To this day we still tell stories of our adventures back then.

   Along with being Anthony's oldest friend, I also happen to be a witness in this case. Not just a witness but actually the organizer and facilitator of the road trip leading to the events that bring us before you today. I will start at the beginning.

   I had already attended a rally and enjoyed my experience. So when the opportunity to attend a rally in Washington presented itself I found the decision to attend to be easy. My job allows me flexibility, as well as, a fair amount of vacation. So shortly after the rally in Washington was announced I was able to secure a room at the JW Marriot. I considered myself lucky because I was early enough that my rate was only $225. I only mention this because it is a good metric for when the trip planning began. By the time the event was at hand the same hotel rooms were priced well north of $400 dollars.

   At this point I was going by myself and was fine with that. The next day I was talking to my friend Chris and mentioned that I had a room paid for in DC. He asked me if there was room for him to join and I told him of course. So now I had some company for the trip and started looking at the layout of the area and list of events that were planned. Chris called me a day or two later and asked if his friend Bill could also go. I had never met Bill but he served with Chris in the Navy so that was good enough for me and Bill joined up.

   The same day that Bill joined up I happen to call my friend Anthony Puma. He attended a rally with me before so of course I mention the trip to DC. He says it sounds good and will confirm after he checks with the Boss. Yes, that is a reference to his wife Laurie. She is fantastic and he was granted permission to go. The vehicle situation is starting to get a bit cramped, so the decision was made to rent a car. Just like the hotel room the car was in my name. So now the four of us were set for our trip.

   Because the logistics were settled the four of us did not communicate much, some texts and chit chat but no in-depth calls. On January 4th Anthony called me and told me that he was not going to go on the trip. I couldn't believe he was going to pass up this opportunity. At this time seeing President Trump give a speech in Washington DC was the equivalent of seeing the Rolling Stones perform at Wembley Stadium. This is when I felt that I had to convince him. So, I presented him with the Stones analogy from above but it actually took more than that.  I stopped short of jazz hands but convince him I did and the trip was back on for him.

   January 5th came, and I procured the rental car, and I picked up Chris and Bill at Chris's house because  he and lived close at the time. The three of us then picked up Anthony at his house as he lived south. This was approximately 6am.The drive down went like any other car full of guys would go. We talked about women, aliens, and through in a healthy dose of busted chops. We made it to the hotel in afternoon and checked in. After we were settled and solved the food issue, we were able to relax and explore the happenings. The hotel atmosphere reminded me of a Shriners convention like my parents took me to as a child. Kind of a big party and plenty of red, white, and blue around. I went to bed around 1am.

   The morning of January 6th I awoke around 9:30am. The other three were still sleeping and I got cleaned up and sat around waiting for someone else to get up. Bill was the next one awake. Bill was the only one that had not seen President Trump speak so Bill and I decided to attend the rally and watch the speech while leaving Chris and Anthony still sleeping.

   Bill and I walked around until President Trump began his speech then we found spots closer to the Washington Monument. When we felt the speech was wrapping up, we headed back to the hotel to grab the other two. When we got back to the room they were still sleeping. So, we woke both of them up and told them the speech was finished and parade was heading to the Capital. I know that it was 1:30pm at this time because I kept yelling it is **1:30pm**! By the time we were able to get everyone out the door it was approximately 2:10pm.

   We left the hotel and noticed that we were the trailing end of the parade to the Capital. Chris and Anthony walked together and I walked with Bill. He has an injured knee, which makes him walk a bit  slower. Bill and I arrived at the fountain outside of the Capital at around 2:45pm. Chris was by himself and told me that he was there for approximately ten minutes before he saw us.

   This is the time where Anthony was off by himself.

   The entire trip there was no talk of government overthrow or even interference. We were there to participate in what we thought was an important historic event. It turns out that we were correct just not for the reasons that we envisioned.

Society is not served by having Anthony in jail. We need men like him living and supporting their Families. I am proud to call Anthony a fellow member of the Automotive Industry. Thank you again for taking the time to read this.