Dear Judge Friedman,

Please accept this letter as an apology for my actions on January 6th. I truly regret my actions. If I could go back in time, I would have stayed home with my wife. I have no excuse for my actions and I throw myself at the mercy of the court hoping for leniency as I have learned my lesson. I have learned that:

- Actions of one day, a few minutes, can ruin not only my life, but cost a great deal of money to the tax payers of this great nation
- My actions have caused a great deal of pain to others
- My actions have caused others to lose faith and trust in me

I cannot express how truly sorry I am for my actions, my part in the events of January 6th. I can only hope to rebuild that trust and faith that you and others have lost in me.

Anthony Puma