UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:21-cr-454-PLF |
| ANTHONY PUMA, | |
| Defendant. | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on February 8, 2023 via USAfx in support of the government's Sentencing Memorandum in this case. Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The exhibits are as follows:

1. Government Exhibits 1, 2, 3, and 5 are videos that the defendant recorded in the afternoon of January 6, 2021 using a Go-Pro camera. Defendant wore the Go-Pro camera on his head while recording these videos.

2. Government Exhibit 4 is a video approximately 18 minutes in length that portrays the Senate Wing Door area near room S139. The events depicted in the exhibit occurred in the early afternoon of January 6, 2021, starting at 3:08:00 p.m. As relevant here, the video captures the defendant as he enters the Capitol building through a broken window and then walks toward the Crypt of the Capitol. *See* Ex. 4 at 3:10:40 p.m. – 3:11:30 p.m. The video also captures the

defendant as he later walks in the opposite direction toward the Senate Wing Door and then exits the building.  *See* Ex. 4 at 3:21:25 p.m. – 3:23:00 p.m.

3. Government Exhibits 6, 7, and 8 are videos that the defendant livestreamed on Facebook in the afternoon of January 6, 2021.

The United States takes the position that these exhibits should be promptly released to the public.

February 8, 2023                        Respectfully submitted,

                                               MATTHEW M. GRAVES
                                               UNITED STATES ATTORNEY

                                               By:   */s/ Francesco Valentini*
                                               Francesco Valentini
                                               D.C. Bar No. 986769
                                               Trial Attorney
                                               United States Department of Justice, Criminal Division
                                               Detailed to the D.C. United States Attorney's Office
                                               601 D Street NW
                                               Washington, D.C. 20530
                                               (202) 598-2337
                                               francesco.valentini@usdoj.gov