UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | )    Criminal No. 21-0454 (PLF) <br> ) |
| ANTHONY PUMA, | ) <br> ) |
|     Defendant. | ) <br> ) |

### ORDER

Before the Court is the Application for Access to Video Exhibits filed by the Press Coalition, a group of sixteen media organizations, seeking access to the eight video exhibits submitted by the government with its sentencing memorandum. See Application for Access to Video Exhibits [Dkt. No. 57]; Government's Notice of Filing of Exhibits Pursuant to Local Criminal Rule 49 [Dkt. No. 56]. In consideration of the Press Coalition's application, Mr. Puma's opposition, and the Press Coalition's reply, the Court will grant the application, as Mr. Puma has not rebutted the "strong presumption in favor of public access to judicial proceedings." United States v. Hubbard, 650 F.2d 293, 317 (D.C. Cir. 1980); see Defense Opposition to Application for Access to Video Exhibits [Dkt. No. 59]; Reply Memorandum in Further Support of the Press Coalition's Application for Access to Video Exhibits [Dkt. No. 60]. An opinion consistent with this order will issue in due course. It is hereby

ORDERED that the Press Coalition's Application for Access to Video Exhibits [Dkt. No. 57] is GRANTED; it is

FURTHER ORDERED that the government shall promptly make the video exhibits submitted in connection with the government's sentencing memorandum available to the

Press Coalition and its affiliate members using the "drop box" technical solution described in Standing Order 21-28; it is

        FURTHER ORDERED that the government is directed to provide counsel for the Press Coalition with the necessary credentials required to access the video exhibits; and it is

        FURTHER ORDERED that the Press Coalition's affiliate organizations are granted permission to record, copy, download, retransmit, and further broadcast these video exhibits.

        SO ORDERED.

        /s/
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 19, 2023